IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Eastern DIVISION
No. 4:10 CV 37-FL

ALTON WILLIAMS                )
          Plaintiff,          )          O R D E R
                              )
          v.                  )
                              )
MICHAEL J. ASTRUE,            )
Commissioner of               )
Social Security,              )
                              )
          Defendant.          )


     Pursuant to the power of this Court to enter a judgment

affirming, modifying or reversing the Commissioner's decision

with remand in Social Security actions under sentence four of

section 205(g) and 1631(c)(3) of the Social Security Act, 42

U.S.C. § 405(g) and § 1383(c)(3), and in light of the

government's request to remand this action for further

administrative proceedings, the Court hereby reverses the

Commissioner's decision under sentence four of 42 U.S.C. § 405(g)

and § 1383(c)(3) with a remand of the cause to the Commissioner

for further proceedings.  See Melkonyan v. Sullivan, 501 U.S. 89,

111 S. Ct. 2157, 115 L. Ed.2d 78 (1991) and Shalala v. Schaefer,

509 U.S. 292, 113 S. Ct. 2625, 125 L. Ed.2d 293 (1993).

The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this __20th__ day of October, 2010.

_____
LOUISE WOOD FLANAGAN
Chief Judge
United States District Court